IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00608-PAB-KLM

SAM SIMAKIS, and
KAREN FRAME

    Plaintiffs,

v.

DAVID PETERSON,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order Concerning Rebuttal Expert Disclosure Deadline, Discovery Deadline, and Dispositive Motions Deadline** [Docket No. 18; Filed September 17, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. The Scheduling Order entered on May 20, 2013 [#17] is modified to extend the following deadlines:

| | |
|---|---|
| • Defendant's Expert Disclosure Deadline | **November 8, 2013** |
| • Plaintiffs' Rebuttal Expert Disclosure Deadline | **December 8, 2013** |
| • Discovery Deadline | **December 19, 2013** |
| • Dispositive Motions Deadline | **January 18, 2014** |

    Dated: September 18, 2013