IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00608-PAB-KLM

SAM SIMAKIS and
KAREN FRAME

    Plaintiffs,

v.

DAVID PETERSON,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Issuance of Protective Order** [Docket No. 21; Filed October 7, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#21-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 8, 2013