IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00608-PAB-KLM

SAM SIMAKIS, and
KAREN FRAME

      Plaintiffs,

v.

DAVID PETERSON,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Second Unopposed Motion to Amend Scheduling Order Concerning Rebuttal Expert Disclosure Deadline, Discovery Deadline, and Dispositive Motions Deadline** [#25] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  The Scheduling Order entered on May 20, 2013 [#17] is modified to extend the following deadlines:

-     Defendant's Expert Disclosure Deadline    **December 6, 2013**
-     Plaintiffs' Rebuttal Expert Disclosure Deadline    **January 6, 2014**
-     Discovery Deadline    **January 19, 2014**
-     Dispositive Motions Deadline    **February 18, 2014**

Dated:  November 8, 2013