IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00608-PAB-KLM

SAM SIMAKIS, and
KAREN FRAME

      Plaintiffs,

v.

DAVID PETERSON,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order Concerning Rebuttal Expert Disclosure Related to Plaintiffs' Adoption Related Damages** [#28] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**.  The Scheduling Order entered on May 20, 2013 [#17] is modified to extend the following deadlines:

- Defendant's Expert Disclosure Deadline     **January 6, 2014**
- Plaintiffs' Rebuttal Expert Disclosure Deadline     **February 7, 2014**

The extensions of these deadlines are solely for expert disclosures made in connection with Plaintiffs' claimed adoption-related damages.

      Dated:  December 9, 2013