IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00608-PAB-KLM

SAM SIMAKIS, and
KAREN FRAME

    Plaintiffs,

v.

DAVID PETERSON,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Second Unopposed Motion to Amend Scheduling Order Concerning Rebuttal Expert Disclosure Related to Plaintiffs' Adoption Related Damages** [#34] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. The Scheduling Order entered on May 20, 2013 [#17] is modified to extend the following deadlines:

- Defendant's Expert Disclosure Deadline — **February 14, 2014**
- Plaintiffs' Rebuttal Expert Disclosure Deadline — **March 14, 2014**

The extensions of these deadlines are solely for expert disclosures made in connection with Plaintiffs' claimed adoption-related damages.

    Dated: January 8, 2014